**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>                Plaintiff,<br><br>        vs.<br><br>LOUIS G. SARANTOS, JR., dba CLOVIS 500 CLUB, et al.,<br><br>                Defendants. | No.  1:14-cv-00807---SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO UPDATE THE DOCKET** |

On June 20, 2014, Plaintiff filed a Notice of Voluntary Dismissal as to Defendant George L. Sarantos, dba Clovis 500 Club, without prejudice.

Rule 41(a)(1)(A)(i) provides that a party may be dismissed by the plaintiff without an order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment.  Rule 41 does not require leave of court to dismiss a party or the action.  *See Rose v. Discover Financial Servs., Inc.*, No. 12-cv-00425-LHK, 2012 WL 1831737, at * 2 (N.D. Cal. May 18, 2012) (Plaintiff may dismiss some or all of the defendants through a Rule 41(a)(1) notice).

Pursuant to Plaintiff's Notice of Voluntary Dismissal, the Clerk of Court is directed to administratively update the docket to indicate that George L. Sarantos has been dismissed from the litigation pursuant to Plaintiff's Notice of Voluntary Dismissal.  (Doc. 10.)

IT IS SO ORDERED.

Dated:   **June 21, 2014**                                            **/s/ Sheila K. Oberto**
                                                                                        UNITED STATES MAGISTRATE JUDGE