**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOUIS G. SARANTOS, JR., dba CLOVIS 500 CLUB, et al.,<br><br>　　　　Defendants. | No.  1:14-cv-00807---SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |

On June 23, 2014, Plaintiff filed a notice of voluntary dismissal with prejudice of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically

1  terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of*
2  *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).
3       Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to
4  administratively close this case.

IT IS SO ORDERED.

   Dated:   **July 11, 2014**                **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE